HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
JUSTEN ANDREW HEDDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTEN ANDREW HEDDEN,<br><br>Defendant. | Case Nos. 2:23-cr-00166-JAM<br>         2:23-cr-00167-JAM<br><br>**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Judge: Hon. John A. Mendez |

   Pursuant to 18 U.S.C §3583(e)(1), the Court hereby **TERMINATES** the terms of supervised release imposed in the above-noted cases and **DISCHARGES** JUSTEN ANDREW HEDDEN for the reasons set forth in his unopposed Motion.  The Court **FURTHER ORDERS** that any criminal monetary penalties that remain unpaid shall remain in effect.

Dated: March 07, 2025                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE